DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID L. PADRON** and **MICHELLE PADRON,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON,** f/k/a **THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-1**

Appellee.

No. 4D18-2794

[February 27, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 50-2017-CA-009256-XXXX-MB.

Samantha Neides of Loan Lawyers, LLC, Fort Lauderdale, for appellants.

Shannon Troutman of Albertelli Law, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***